Charles Hauserman, Respondent, v. Henry Weismann, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Robert Hurley, an Infant, by Robert J. Hurley, His Guardian ad Litem, Appellant, v. Winant B. Wardell, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Woodward, JJ.

Robert J. Hurley, Appellant, v. Winant B. Wardell, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Woodward, JJ.

Aina Johnson, an Infant, by Joel Johnson, Her Guardian ad Litem, Respondent, v. The Nassau Electric Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Rich, J. taking no part.

Norwegian Lutheran Trinity Church of Brooklyn and Vicinity, Appellant, v. Meyer Krelsovitch, Respondent, Impleaded with Patrick H. Quinn, as Sheriff of Kings County, Defendant.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the evidence presented by the plaintiff was sufficient to make out a *prima facie* case. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Fitzhugh Smith, Appellant, v. Thomas P. Peters and Others, Doing Business under the Firm Name and Style of B. Peters & Co., Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Tomassina Spila, as Administratrix, etc., of John Spila, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order reversed, upon reargument, and new trial granted, costs to abide the event, on the ground that plaintiff was guilty of contributory negligence as matter of law. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Woodward, J., dissented.

Charles F. Stehlin, Respondent, v. The City and County Contract Company, Appellant.— Interlocutory judgment overruling demurrer affirmed, with ten dollars costs, with leave to defendant to withdraw demurrer and answer the complaint within twenty days, on payment of costs and disbursements on appeal, as well as the costs specified in the interlocutory judgment. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

George W. Vroom, Respondent, v. Arthur C. Nellis, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Elsa Wittgren, as Administratrix, etc., of Nies Bernhard Wittgren, Deceased, Respondent, v. Wells Brothers Company of New York, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the authority of *Wittgren* v. *Wells Brothers Co.* (141 App. Div. 693). Jenks, P. J., Woodward and Rich, JJ., concurred; Burr, J., concurred in the result, on the ground that the verdict is contrary to the weight of evidence; Hirschberg, J., dissented.